**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-43764-EW |
| | § | |
| E. GERALDINE LOVE | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/27/2011. The undersigned trustee was appointed on 10/27/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                      $24,891.09

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $14,498.27 |
   | Bank service fees | $1,603.41 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $8,789.41 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/17/2012 and the deadline for filing government claims was 04/17/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,239.11. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,239.11, for a total compensation of $3,239.11[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/21/2017     By:    /s/ David R. Herzog
                                   Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit A

| Case No.: | 11-43764-EW | Trustee Name: | David R. Herzog |
| Case Name: | LOVE, E. GERALDINE | Date Filed (f) or Converted (c): | 10/27/2011 (f) |
| For the Period Ending: | 11/21/2017 | §341(a) Meeting Date: | 12/05/2011 |
| | | Claims Bar Date: | 04/17/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1   1/2 interest cash on hand | $100.00 | $0.00 | | $0.00 | FA |
| 2   1/2 interest checking account | $250.00 | $0.00 | | $0.00 | FA |
| 3   1/2 interest checking account North Bank | $200.00 | $0.00 | | $0.00 | FA |
| 4   1/2 interest security deposit with landlord | $625.00 | $0.00 | | $0.00 | FA |
| 5   Household goods located at 11315 E. 50 N, Knox, IN | $24,891.09 | $24,891.09 | | $24,891.09 | FA |
| 6   Household goods in storage building 11315 E. 50 N, Knox, IN | Unknown | $0.00 | | $0.00 | FA |
| 7   Household goods at 1 N. Hamlin, #4, Park Ridge, IL | Unknown | $0.00 | | $0.00 | FA |
| 8   Misc collectibles | Unknown | $0.00 | | $0.00 | FA |
| 9   Books | Unknown | $0.00 | | $0.00 | FA |
| 10  1/2 interest paintings in storage | $2,000.00 | $0.00 | | $0.00 | FA |
| 11  1/2 interest paintings by Richard Love | $37,000.00 | $0.00 | | $0.00 | FA |
| 12  1/2 interest in outdoor sculptures | Unknown | $0.00 | | $0.00 | FA |
| 13  Women's clothing | $400.00 | $0.00 | | $0.00 | FA |
| 14  Costume jewelry | $500.00 | $0.00 | | $0.00 | FA |
| 15  1/2 interest in wedding bands and watches | $250.00 | $0.00 | | $0.00 | FA |
| 16  Firearms | Unknown | $0.00 | | $0.00 | FA |
| 17  Potential defamation claim against Christopher Yates | Unknown | $0.00 | | $0.00 | FA |
| 18  2003 Saturn | $2,900.00 | $0.00 | | $0.00 | FA |
| 19  Golf cart | $200.00 | $0.00 | | $0.00 | FA |
| 20  Office equipment | $500.00 | $0.00 | | $0.00 | FA |
| 21  1/2 interest landscaping equipment | $2,500.00 | $0.00 | | $0.00 | FA |
| 22  Power of direction in land trust | $425,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**    **Gross Value of Remaining Assets**

$497,316.09       $24,891.09       $24,891.09       $0.00

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit A

| **Case No.:** | 11-43764-EW | | **Trustee Name:** | David R. Herzog |
| **Case Name:** | LOVE, E. GERALDINE | | **Date Filed (f) or Converted (c):** | 10/27/2011 (f) |
| **For the Period Ending:** | 11/21/2017 | | **§341(a) Meeting Date:** | 12/05/2011 |
| | | | **Claims Bar Date:** | 04/17/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**
07/26/2017    Preparation of TFR. Anticipate filing in next 30 days.

| Initial Projected Date Of Final Report (TFR): | 12/31/2014 | Current Projected Date Of Final Report (TFR): | 09/30/2017 | /s/ DAVID R. HERZOG |
|---|---|---|---|---|
| | | | | DAVID R. HERZOG |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 11-43764-EW | |
| Case Name: | LOVE, E. GERALDINE | |
| Primary Taxpayer ID #: | **-***7203 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 10/27/2011 | |
| For Period Ending: | 11/21/2017 | |

| | | |
|---|---|---|
| Trustee Name: | David R. Herzog | |
| Bank Name: | Bank of Texas | |
| Checking Acct #: | ******0089 | |
| Account Title: | | |
| Blanket bond (per case limit): | $5,000,000.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/24/2013 | (5) | Estate of Richard H. Love | 1/2 payment of liquidation of marital property (related to spouse's bankruptcy estate) | 1229-000 | $24,891.09 | | $24,891.09 |
| 01/24/2013 | 3001 | First Federal Savings Bank | Administrative expense per order 1/9/13 - Docket 74 (Half 11-43764 - Half 11-43757) | 2990-003 | | $3,500.00 | $21,391.09 |
| 01/24/2013 | 3001 | VOID: First Federal Savings Bank | Administrative expense per order 1/9/13 - Docket 74 (Half 11-43764 - Half 11-43757) | 2990-003 | | ($3,500.00) | $24,891.09 |
| 01/24/2013 | 3002 | First Federal Savings Bank | Administrative expense per order 1/9/13 - Docket 74 (Half 11-43764 - Half 11-43757) -- Replaces check 3001 (printing error) | 2990-000 | | $3,500.00 | $21,391.09 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.34 | $21,382.75 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.17 | $21,351.58 |
| 03/28/2013 | 3003 | International Sureties | Bond Payment | 2300-000 | | $38.13 | $21,313.45 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $34.48 | $21,278.97 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.25 | $21,245.72 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $34.28 | $21,211.44 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.12 | $21,178.32 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $34.17 | $21,144.15 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $34.12 | $21,110.03 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.96 | $21,077.07 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $34.01 | $21,043.06 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.86 | $21,010.20 |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.90 | $20,976.30 |
| 01/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.84 | $20,942.46 |
| 02/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.52 | $20,911.94 |
| 03/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.74 | $20,878.20 |
| 04/02/2014 | 3004 | International Sureties | Bond Payment | 2300-000 | | $18.49 | $20,859.71 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.58 | $20,827.13 |
| 05/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.60 | $20,793.53 |
| 06/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.47 | $20,761.06 |
| | | | **SUBTOTALS** | | **$24,891.09** | **$4,130.03** | |

FORM 2

Page No: 2    Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-43764-EW | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | LOVE, E. GERALDINE | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7203 | | Checking Acct #: | ******0089 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/27/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/21/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.50 | $20,727.56 |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.44 | $20,694.12 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.31 | $20,661.81 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.34 | $20,628.47 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.21 | $20,596.26 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.23 | $20,563.03 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.18 | $20,529.85 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.92 | $20,499.93 |
| 03/20/2015 | 3005 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $14.78 | $20,485.15 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.08 | $20,452.07 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.96 | $20,420.11 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.95 | $20,387.16 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.83 | $20,355.33 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.84 | $20,322.49 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.79 | $20,289.70 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.68 | $20,258.02 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.69 | $20,225.33 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.58 | $20,193.75 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.58 | $20,161.17 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.44 | $20,128.73 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.30 | $20,098.43 |
| 03/16/2016 | 3006 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $10.92 | $20,087.51 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.34 | $20,055.17 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.23 | $20,023.94 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.22 | $19,991.72 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.13 | $19,960.59 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.12 | $19,928.47 |
| 08/30/2016 | 3007 | Enterprise Law Group | Compensation per order dated 8/30/16 (Docket #91) | 3210-000 | | $10,912.50 | $9,015.97 |
| | | | | **SUBTOTALS** | $0.00 | $11,745.09 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3                                                                              Exhibit B

| **Case No.** | 11-43764-EW | | | **Trustee Name:** | David R. Herzog |
| --- | --- | --- | --- | --- | --- |
| **Case Name:** | LOVE, E. GERALDINE | | | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** | **-***7203 | | | **Checking Acct #:** | ******0089 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | |
| **For Period Beginning:** | 10/27/2011 | | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 11/21/2017 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.07 | $8,983.90 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $14.55 | $8,969.35 |
| 10/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $14.43 | $8,954.92 |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.94 | $8,940.98 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $14.38 | $8,926.60 |
| 01/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $14.40 | $8,912.20 |
| 02/16/2017 | 3008 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $3.09 | $8,909.11 |
| 02/16/2017 | 3008 | VOID: Arthur B. Levine Company | Bond payment | 2300-003 | | ($3.09) | $8,912.20 |
| 02/16/2017 | 3009 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $3.45 | $8,908.75 |
| 02/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.98 | $8,895.77 |
| 03/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $14.35 | $8,881.42 |
| 04/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.86 | $8,867.56 |
| 05/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $14.30 | $8,853.26 |
| 06/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.82 | $8,839.44 |
| 07/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $14.26 | $8,825.18 |
| 08/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $14.24 | $8,810.94 |
| 09/15/2017 | | Green Bank | Transfer Funds | 9999-000 | | $8,810.94 | $0.00 |

| | | | | **SUBTOTALS** | $0.00 | $9,015.97 |
| --- | --- | --- | --- | --- | --- | --- |

**FORM 2** Page No: 4 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 11-43764-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | LOVE, E. GERALDINE | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7203 | Checking Acct #: | ******0089 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/27/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/21/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $24,891.09 | $24,891.09 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $8,810.94 | |
| | | | Subtotal | | $24,891.09 | $16,080.15 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $24,891.09 | $16,080.15 | |

**For the period of 10/27/2011 to 11/21/2017**

| | |
|---|---|
| Total Compensable Receipts: | $24,891.09 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,891.09 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $16,080.15 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16,080.15 |
| Total Internal/Transfer Disbursements: | $8,810.94 |

**For the entire history of the account between 01/24/2013 to 11/21/2017**

| | |
|---|---|
| Total Compensable Receipts: | $24,891.09 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,891.09 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $16,080.15 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16,080.15 |
| Total Internal/Transfer Disbursements: | $8,810.94 |

**FORM 2**
Page No: 5          Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 11-43764-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | LOVE, E. GERALDINE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7203 | Checking Acct #: | ******6401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 10/27/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/21/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/15/2017 | | Bank of Texas | Transfer Funds | 9999-000 | $8,810.94 | | $8,810.94 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $7.79 | $8,803.15 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $13.74 | $8,789.41 |
| | | | TOTALS: | | $8,810.94 | $21.53 | $8,789.41 |
| | | | Less: Bank transfers/CDs | | $8,810.94 | $0.00 | |
| | | | Subtotal | | $0.00 | $21.53 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $21.53 | |

**For the period of 10/27/2011 to 11/21/2017**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $8,810.94 |
| | |
| Total Compensable Disbursements: | $21.53 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $21.53 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/15/2017 to 11/21/2017**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $8,810.94 |
| | |
| Total Compensable Disbursements: | $21.53 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $21.53 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 6    Exhibit B

| Case No. | 11-43764-EW | Trustee Name: | David R. Herzog |
| Case Name: | LOVE, E. GERALDINE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7203 | Checking Acct #: | ******6401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 10/27/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/21/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $24,891.09 | $16,101.68 | $8,789.41 |

**For the period of 10/27/2011 to 11/21/2017**

| Total Compensable Receipts: | $24,891.09 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,891.09 |
| Total Internal/Transfer Receipts: | $8,810.94 |
| Total Compensable Disbursements: | $16,101.68 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16,101.68 |
| Total Internal/Transfer Disbursements: | $8,810.94 |

**For the entire history of the case between 10/27/2011 to 11/21/2017**

| Total Compensable Receipts: | $24,891.09 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,891.09 |
| Total Internal/Transfer Receipts: | $8,810.94 |
| Total Compensable Disbursements: | $16,101.68 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16,101.68 |
| Total Internal/Transfer Disbursements: | $8,810.94 |

/s/ DAVID R. HERZOG
_____
DAVID R. HERZOG

CLAIM ANALYSIS REPORT

Page No: 1                           Exhibit C

| Case No.: | 11-43764-EW | | | | | | | Trustee Name: | David R. Herzog | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | LOVE, E. GERALDINE | | | | | | | Date: | 11/21/2017 | | | |
| Claims Bar Date: | 04/17/2012 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | DAVID R. HERZOG<br><br>77 W. Washington Street<br>Suite 1400<br>Chicago IL 60602 | 11/10/2017 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $3,239.11 | $3,239.11 | $0.00 | $0.00 | $0.00 | $3,239.11 |
|  | ENTERPRISE LAW GROUP | 08/30/2016 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $10,912.50 | $10,912.50 | $10,912.50 | $10,912.50 | $0.00 | $0.00 | $0.00 |
| 21 | FIRST FEDERAL SAVINGS BANK | 01/09/2013 | Other Chapter 7 Administrative Expenses | Allowed | 2990-000 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $0.00 | $0.00 | $3,500.00 |
| 16 | ILLINOIS DEPARTMENT OF REVENUE<br><br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago IL 60664-0338 | 03/20/2012 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $319,872.86 | $319,872.86 | $0.00 | $0.00 | $0.00 | $319,872.86 |
| 6 | INTERNAL REVENUE SERVICE (P)<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | 01/25/2012 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $89,725.93 | $89,725.93 | $0.00 | $0.00 | $0.00 | $89,725.93 |
| 1 | DISCOVER BANK<br><br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | 01/23/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,513.00 | $2,513.00 | $0.00 | $0.00 | $0.00 | $2,513.00 |
| 2 | QUANTUM3 GROUP LLC<br>PO Box 788<br>Kirkland WA 98083-0788 | 01/23/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $17,172.21 | $17,172.21 | $0.00 | $0.00 | $0.00 | $17,172.21 |

**Claim Notes:**   (2-1) Unsecured Debt

CLAIM ANALYSIS REPORT

| Case No. | 11-43764-EW | | Trustee Name: | David R. Herzog |
| Case Name: | LOVE, E. GERALDINE | | Date: | 11/21/2017 |
| Claims Bar Date: | 04/17/2012 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | MIDLAND CREDIT MANAGEMENT, INC. AS AGENT FOR Midland Funding, LLC PO Box 2011 Warren MI 48090 | 01/24/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,158.92 | $1,158.92 | $0.00 | $0.00 | $0.00 | $1,158.92 |
| 4 | MIDLAND CREDIT MANAGEMENT, INC. AS AGENT FOR Midland Funding, LLC PO Box 2011 Warren MI 48090 | 01/24/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,963.78 | $5,963.78 | $0.00 | $0.00 | $0.00 | $5,963.78 |
| 5 | MIDLAND CREDIT MANAGEMENT, INC. AS AGENT FOR Midland Funding, LLC PO Box 2011 Warren MI 48090 | 01/24/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $967.90 | $967.90 | $0.00 | $0.00 | $0.00 | $967.90 |
| 6a | INTERNAL REVENUE SERVICE (P) P.O. Box 7346 Philadelphia PA 19101-7346 | 01/25/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $20,461.40 | $20,461.40 | $0.00 | $0.00 | $0.00 | $20,461.40 |
| 7 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte NC 28272-1083 | 02/07/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,595.42 | $10,595.42 | $0.00 | $0.00 | $0.00 | $10,595.42 |
| 8 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte NC 28272-1083 | 02/07/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,376.72 | $3,376.72 | $0.00 | $0.00 | $0.00 | $3,376.72 |
| 9 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte NC 28272-1083 | 02/07/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,399.59 | $2,399.59 | $0.00 | $0.00 | $0.00 | $2,399.59 |

| Case No.: | 11-43764-EW | | | | | | | Trustee Name: | David R. Herzog |
| Case Name: | LOVE, E. GERALDINE | | | | | | | Date: | 11/21/2017 |
| Claims Bar Date: | 04/17/2012 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | CAVALRY PORTFOLIO SERVICES, LLC (HSBC Bank Nevada, N.A./ Orchard Bank) 500 Summit Lake Drive Suite 400 Valhalla NY 10595-1340 | 02/14/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,366.71 | $3,366.71 | $0.00 | $0.00 | $0.00 | $3,366.71 |
| **Claim Notes:** | (10-1) Cavalry Portfolio Services LLC as assignee of HSBC Bank Nevada NA/Orchard Bank | | | | | | | | | | | |
| 11 | MIDLAND CREDIT MANAGEMENT INC 2365 Northside Drive Suite 300 San Diego CA 92108 | 03/02/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,501.68 | $1,501.68 | $0.00 | $0.00 | $0.00 | $1,501.68 |
| 12 | MIDLAND CREDIT MANAGEMENT INC 2365 Northside Drive Suite 300 San Diego CA 92108 | 03/02/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,408.01 | $1,408.01 | $0.00 | $0.00 | $0.00 | $1,408.01 |
| 13 | MAIN STREET ACQUISITION CORP., ASSIGNEE of HSBC CARD SERVICES (III) INC. c o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | 03/09/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,975.28 | $2,975.28 | $0.00 | $0.00 | $0.00 | $2,975.28 |
| **Claim Notes:** | (13-1) CREDIT CARD DEBT | | | | | | | | | | | |
| 14 | PACIFIC INDEMNITY COMPANY, INC. Tressler LLP c/o Mark Conzelmann, Esq. 233 S. Wacker Dr., 22nd Floor Chicago IL 60606 | 03/13/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $497,750.00 | $497,750.00 | $0.00 | $0.00 | $0.00 | $497,750.00 |
| 15 | SUSAN JOHNSON 10 Durance Dr. Little Rock AR 72223 | 03/15/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $644,000.00 | $644,000.00 | $0.00 | $0.00 | $0.00 | $644,000.00 |

CLAIM ANALYSIS REPORT

| Case No.: | 11-43764-EW | | | Trustee Name: | David R. Herzog |
| Case Name: | LOVE, E. GERALDINE | | | Date: | 11/21/2017 |
| Claims Bar Date: | 04/17/2012 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16a | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago IL 60664-0338 | 03/20/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $34.00 | $34.00 | $0.00 | $0.00 | $0.00 | $34.00 |
| 17 | TALBOTS<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas TX 75374 | 03/26/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $473.89 | $473.89 | $0.00 | $0.00 | $0.00 | $473.89 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>(FIA Card Services, N.A.)<br>(MBNA)<br>PO Box 41067<br>Norfolk VA 23541 | 04/04/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,328.85 | $8,328.85 | $0.00 | $0.00 | $0.00 | $8,328.85 |
| 19 | SPANIERMAN GALLERY, PSP<br>Spanierman Gallery, LLC<br>Adelson Galleries Inc.<br>747 Third Avenue<br>New York NY 10017 | 04/05/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $752,080.00 | $752,080.00 | $0.00 | $0.00 | $0.00 | $752,080.00 |
| **Claim Notes:** | (19-1) Contract, conversion, fraud | | | | | | | | | | | |
| 20 | JOE BERGER<br>c/o Thomas J. Dillon, Esq.<br>120 South LaSalle Street, Suite 1335<br>Chicago IL 60603 | 04/13/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,222,928.00 | $1,222,928.00 | $0.00 | $0.00 | $0.00 | $1,222,928.00 |
| | | | | | | $3,626,705.76 | $3,626,705.76 | $14,412.50 | $0.00 | | $0.00 | $3,615,793.26 |

CLAIM ANALYSIS REPORT                                                                                  Page No: 5                 Exhibit C

| | |
|---|---|
| **Case No.** 11-43764-EW | **Trustee Name:** David R. Herzog |
| **Case Name:** LOVE, E. GERALDINE | **Date:** 11/21/2017 |
| **Claims Bar Date:** 04/17/2012 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Attorney for Trustee Fees (Other Firm) | $10,912.50 | $10,912.50 | $10,912.50 | $0.00 | $0.00 | $0.00 |
| Claims of Governmental Units | $89,725.93 | $89,725.93 | $0.00 | $0.00 | $0.00 | $89,725.93 |
| General Unsecured § 726(a)(2) | $3,199,455.36 | $3,199,455.36 | $0.00 | $0.00 | $0.00 | $3,199,455.36 |
| Other Chapter 7 Administrative Expenses | $3,500.00 | $3,500.00 | $3,500.00 | $0.00 | $0.00 | $3,500.00 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $319,872.86 | $319,872.86 | $0.00 | $0.00 | $0.00 | $319,872.86 |
| Trustee Compensation | $3,239.11 | $3,239.11 | $0.00 | $0.00 | $0.00 | $3,239.11 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      11-43764-EW
Case Name:     E. GERALDINE LOVE
Trustee Name:  David R. Herzog

|  | Balance on hand: | $8,789.41 |
|---|---|---|

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 16 | Illinois Department of Revenue | $319,872.86 | $319,872.86 | $0.00 | $5,550.30 |

| | |
|---|---|
| Total to be paid to secured creditors: | $5,550.30 |
| Remaining balance: | $3,239.11 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David R. Herzog, Trustee Fees | $3,239.11 | $0.00 | $3,239.11 |
| Enterprise Law Group, Attorney for Trustee Fees | $10,912.50 | $10,912.50 | $0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $3,239.11 |
| Remaining balance: | $0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

| | |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $89,725.93 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

**UST Form 101-7-TFR (5/1/2011)**

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Internal Revenue Service (p) | $89,725.93 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $3,199,455.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $2,513.00 | $0.00 | $0.00 |
| 2 | Quantum3 Group LLC | $17,172.21 | $0.00 | $0.00 |
| 3 | Midland Credit Management, Inc. as agent for | $1,158.92 | $0.00 | $0.00 |
| 4 | Midland Credit Management, Inc. as agent for | $5,963.78 | $0.00 | $0.00 |
| 5 | Midland Credit Management, Inc. as agent for | $967.90 | $0.00 | $0.00 |
| 6a | Internal Revenue Service (p) | $20,461.40 | $0.00 | $0.00 |
| 7 | Capital One Bank (USA), N.A. | $10,595.42 | $0.00 | $0.00 |
| 8 | Capital One Bank (USA), N.A. | $3,376.72 | $0.00 | $0.00 |
| 9 | Capital One Bank (USA), N.A. | $2,399.59 | $0.00 | $0.00 |
| 10 | Cavalry Portfolio Services, LLC | $3,366.71 | $0.00 | $0.00 |
| 11 | Midland Credit Management Inc | $1,501.68 | $0.00 | $0.00 |
| 12 | Midland Credit Management Inc | $1,408.01 | $0.00 | $0.00 |
| 13 | Main Street Acquisition Corp., assignee | $2,975.28 | $0.00 | $0.00 |
| 14 | Pacific Indemnity Company, Inc. | $497,750.00 | $0.00 | $0.00 |
| 15 | Susan Johnson | $644,000.00 | $0.00 | $0.00 |
| 16a | Illinois Department of Revenue | $34.00 | $0.00 | $0.00 |
| 17 | Talbots | $473.89 | $0.00 | $0.00 |
| 18 | Portfolio Recovery Associates, LLC | $8,328.85 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

| | | | | |
|---|---|---|---|---|
| 19 | Spanierman Gallery, PSP | $752,080.00 | $0.00 | $0.00 |
| 20 | Joe Berger | $1,222,928.00 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00