**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | Chapter 7 |
| | ) | |
| **E. GERALDINE LOVE,** | ) | Case No. 11-43764 |
| | ) | |
| **Debtor.** | ) | Honorable Deborah L. Thorne |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed R. Bankr. P 2002(a)(6) and 2002(f)(8), please take notice that David R. Herzog, Trustee of the above styled estate, has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the U.S. Bankruptcy Court
219 South Dearborn Street, Suite 744
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 day from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objection to the Final Report will be held on July 24, 2018 at 10:00 a.m., before the Honorable Deborah L. Thorne, in the United States Courthouse located at 219 South Dearborn Street, Courtroom 613, Chicago, IL 60604.

Date Mailed: June 19, 2018                By:  /s/    David R. Herzog
                                                    Trustee

David R. Herzog
Trustee in Bankruptcy
77 W. Washington Street
Suite 1400
Chicago, IL 60602

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| E. GERALDINE LOVE, | ) | Case No. 11-43764 |
| | ) | |
| Debtor. | ) | Honorable Deborah L. Thorne |

## CERTIFICATE OF NOTICE

The undersigned, an attorney, certifies that he caused to be served a copy of the NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR) on the attached service list, via the ECF court system, or by enclosing same in an envelope addressed to them, with postage fully prepaid, and by depositing the envelope in the U.S. Mail at 77 West Washington Street, Chicago, Illinois 60602, on this 19th day of June, 2018.

   */s/ David R. Herzog*
   Trustee in Bankruptcy

**SERVICE LIST**

VIA ECF

Adelson Galleries, Inc.
c/o Patrick C. Maxcy
Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, IL 60606
patrick.maxcy@dentons.com

Enterprise Law Group LLP (ELG)
James E. Morgan
Howard & Howard Attorneys PLLC
200 S. Michigan Avenue
Suite 1100
Chicago, IL 60604
jem@h2law.com

First Federal Savings Bank
c/o Joshua D. Greene
Springer Brown, LLC
300 South County Farm Rd.
Suite I
Wheaton, IL 60187
jgreene@springerbrown.com

Jerald W. Freeman
c/o Deron B Knoner
Keleher & McLeod PA
201 3rd Street NW
Suite 1200
Albuquerque, NM 87102
dbk@keleher-law.com

Patrick S Layng
Office of the U.S. Trustee
219 S Dearborn St
Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

Thomas Nygard
c/o Deron B Knoner
Keleher & McLeod PA
201 3rd Street NW
Suite 1200
Albuquerque, NM 87102
dbk@keleher-law.com

Pacific Indemnity Company, Inc.
c/o Mark D Conzelmann
Tressler LLP
233 S. Wacker Dr.,
Suite 2200
Chicago, IL 60606
mconzelmann@tresslerllp.com

Recovery Management Systems Corporation
25 SE Second Avenue Suite 1120
Miami, FL 33131
claims@recoverycorp.com

Spanierman Gallery, LLC
c/o Patrick C. Maxcy
Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, IL 60606
patrick.maxcy@dentons.com

Spanierman Gallery, PSP
c/o Patrick C. Maxcy
Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, IL 60606
patrick.maxcy@dentons.com

Tea Leaf, Inc.
c/o Deron B Knoner
Keleher & McLeod PA
201 3rd Street NW
Suite 1200
Albuquerque, NM 87102
505-346-4646
dbk@keleher-law.com

Danny L. Wiginton
c/o Joy L Monahan
Edwards Wildman Palmer LLP
225 West Wacker Drive
Chicago, IL 60606
jmonahan@edwardswildman.com

Document Page 4 of 6

<u>VIA REGULAR MAIL</u>

E. Geraldine Love
1 N. Hamlin Ave., #4
Park Ridge, IL 60068

420 East Ohio
c/o Hunter Warfield
4620 Woodland Corporate Blvd
Tampa, FL 33614

Accounts Billing Service
100 Fulton Court, P.O. Box 9200
Paducah, KY 42002-9200

AT&T
P.O. Box 5080
Carol Stream, IL 60197-5080

Baker & Miller, P.C.
29 N. Wacker Dr., Suite 500
Chicago, IL 60606-2854

Bank of America
c/o Associated Recovery Systems
P.O. Box 469046
Escondido, CA 92046-9046

Baptist Hospital East
4000 Kresge Way
Louisville, KY 40207

Beneficial Finance
P.O. Box 3425
Buffalo, NY 14240-9733

Blatt Hasenmiller Leibsker & Moore
125 S. Wacker Dr., Suite 400
Chicago, IL 60606

Blitt & Gaines, P.C.
661 Glenn Ave.
Wheeling, IL 60090

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital Recovery IV LLC
c/o Recovery Management Systems Corp
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

Cavalry Portfolio Services, LLC
(HSBC Bank Nevada, N.A./ Orchard Bank)
500 Summit Lake Drive Suite 400
Valhalla, NY 10595-1340

Century Link
P.O. Box 2961
Phoenix, AZ 85062-2961

Charter One Mastercard Platinum
P.O. Box 7092
Bridgeport, CT 06601

Chase
P.O. Box 15153
Wilmington, DE 19850

Chase / Washington Mutual
P.O. Box 9016
Pleasanton, CA 94566-9016

Citi Dividend Platinum Select Card
Box 6000
The Lakes, NV 89163-6000

Citibank (South Dakota) NA
c/o Capital Management Services LP
726 Exchange St., Suite 700
Buffalo, NY 14210

Citibank South Dakota / Choice Visa
P.O. Box 688901
Des Moines, IA 50368-8901

Com Ed
P.O. Box 6111
Carol Stream, IL 60197-6111

Credit One Bank
P.O. Box 60500
City of Industry, CA 91716-0500

David Bernahl
200 N. Dearborn, Suite 4606
Chicago, IL 60601

Direct TV
P.O. Box 9001069
Louisville, KY 40290-1069

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

FIA Card Services/MBNA
c/o Portfolio Recovery Associates
P.O. Box 12914
Norfolk, VA 23541

First Federal Savings Bank
301 E. North St., Box 527
Rochester, IN 46975

First Premier Bank
P.O. Box 5519
Sioux Falls, SD 57117-5510

FMS, Inc.
P.O. Box 823
Fort Mill, SC 29716-0823

GAP
P.O. Box 530942
Atlanta, GA 30353-0942

GC Services Limited Partnership
6330 Gulfton
Houston, TX 77081

HSBC Retail Services
P.O. Box 17298
Baltimore, MD 21297-1298

Illinois Department of Revenue
Bankrupcty Section/Level 7-425
100 West Randolph St.
Chicago, IL 60606

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jay K. Levy
P.O. Box 1181
Evanston, IL 60201

Joe Berger
c/o Thomas J. Dillon, Esq.
120 South LaSalle Street, Suite 1335
Chicago, Illinois 60603

Lake County Land Trust Company
2200 N. Main St.
Crown Point, IN 46307

Law Offices of Christopher Walter
1051 E. Market St.
P.O. Box 26
Nappanee, IN 46550

Main Street Acquisitions Corp
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Marshall Co. REMC
P.O. Box 250
Plymouth, IN 46563

Merchantile Adjustment Bureau
6341 Inducon Drive East
Sanborn, NY 14132-9097

Midland Credit Management Inc
2365 Northside Drive Suite 300
San Diego, CA 92108

Midland Funding LLC
c/o Midland Credit Management, Inc.
8875 Aero Drive, Suite 200
San Diego, CA 92123

Nicor
P.O. Box 0632
Aurora, IL 60507-0632

Northland Group Inc.
P.O. Box 390846
Minneapolis, MN 55439

Northland Group, Inc.
P.O. Box 390846
Mail Code CPQ1
Minneapolis, MN 55439

Ostrow, Reisin, Berk & Abrams
Attn: Kal Shiner
455 N. Cityfront Plaza Dr.
Chicago, IL 60611

Pacific Indemnity
c/o Meghan M. Kelly
233 S. Wacker Dr., Suite 2200
Chicago, IL 60606

Pacific Indemnity Company, Inc.
Tressler LLP
c/o Mark Conzelmann, Esq.
233 S. Wacker Dr., 22nd Floor
Chicago, IL 60606

Peter Limperis
5624 W. 79th St.
Burbank, IL 60459-1391

Plaza Associates
JAF Station, P.O. Box 2769
New York, NY 10116-2769

Portfolio Recovery Associates, LLC
(FIA Card Services, N.A.)(MBNA)
PO Box 41067
Norfolk VA 23541

Quantum3 Group LLC
PO Box 788
Kirkland, WA 98083-0788

R&G Properties
6315 N. Milwaukee Ave.
Chicago, IL 60646

R.H. Love Galleries, Inc.
220 W. Huron, Suite 2004
Chicago, IL 60654

Receivables Performance Management
P.O. Box 1458
Lynnwood, WA 98046

Richard H. Love
1 N. Hamlin Ave., #4
Park Ridge, IL 60068

Scott Buchanan
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ 85712

Spanierman Gallery, PSP
Adelson Galleries Inc.
747 Third Avenue
New York, NY 10017

Starke County Environmental Mgmt.
3835 E. 250 N. Suite B
P.O. Box 500
Knox, IN 46534

Starke County Treasurer
53 Mound St.
Knox, IN 46534

Stellar Recovery
1327 Highway 2 W, Suite 100
Kalispell, MT 59901-5721

Susan Johnson
1434 Rocky Ridge Rd.
Mountain Home, AR 72653

Susan Johnson
10 Durance Dr.
Little Rock, AR 72223

Talbots
4 Blackstone Valley Place
Lincoln, RI 02865

Talbots
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374

Tate & Kirlin Associates
2810 Southhampton Rd.
Philadelphia, PA 19154-1207

Tony Wakefield
1855 W. 14th Blvd.
Culver, IN 46511

Wells Fargo Financial
P.O. Box 660041
Dallas, TX 75266-0041