## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-43764-EW |
| | § | |
| E. GERALDINE LOVE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

David R. Herzog, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)        All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)        A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $468,575.00 | Assets Exempt: | $3,850.00 |
| Total Distributions to Claimants: | $5,550.30 | Claims Discharged Without Payment: | $3,289,181.29 |
| Total Expenses of Administration: | $19,340.79 | | |

3)        Total gross receipts of $24,891.09  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $24,891.09 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $319,872.86 | $319,872.86 | $5,550.30 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $19,340.79 | $19,340.79 | $19,340.79 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $89,725.93 | $89,725.93 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $3,199,455.36 | $3,199,455.36 | $0.00 |
| **Total Disbursements** | $0.00 | $3,628,394.94 | $3,628,394.94 | $24,891.09 |

4). This case was originally filed under chapter 7 on 10/27/2011. The case was pending for 0 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>11/19/2018</u>          By:  <u>/s/ David R. Herzog</u>
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Household goods located at 11315 E. 50 N, Knox, IN | 1229-000 | $24,891.09 |
| **TOTAL GROSS RECEIPTS** | | $24,891.09 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16 | Illinois Department of Revenue | 4110-000 | $0.00 | $319,872.86 | $319,872.86 | $5,550.30 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $319,872.86 | $319,872.86 | $5,550.30 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David R. Herzog, Trustee | 2100-000 | NA | $3,239.11 | $3,239.11 | $3,239.11 |
| Arthur B. Levine Company | 2300-000 | NA | $29.15 | $29.15 | $29.15 |
| International Sureties | 2300-000 | NA | $56.62 | $56.62 | $56.62 |
| Bank of Texas | 2600-000 | NA | $1,581.88 | $1,581.88 | $1,581.88 |
| Green Bank | 2600-000 | NA | $21.53 | $21.53 | $21.53 |
| First Federal Savings Bank | 2990-000 | NA | $3,500.00 | $3,500.00 | $3,500.00 |
| Enterprise Law Group, Attorney for Trustee | 3210-000 | NA | $10,912.50 | $10,912.50 | $10,912.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $19,340.79 | $19,340.79 | $19,340.79 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM | CLAIMANT | UNIFORM | CLAIMS | CLAIMS | CLAIMS | CLAIMS |
|---|---|---|---|---|---|---|

| NUMBER | | TRAN. CODE | SCHEDULED | ASSERTED | ALLOWED | PAID |
|---|---|---|---|---|---|---|
| 6 | Internal Revenue Service (p) | 5800-000 | $0.00 | $89,725.93 | $89,725.93 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $89,725.93 | $89,725.93 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $0.00 | $2,513.00 | $2,513.00 | $0.00 |
| 2 | Quantum3 Group LLC | 7100-000 | $0.00 | $17,172.21 | $17,172.21 | $0.00 |
| 3 | Midland Credit Management, Inc. as agent for | 7100-000 | $0.00 | $1,158.92 | $1,158.92 | $0.00 |
| 4 | Midland Credit Management, Inc. as agent for | 7100-000 | $0.00 | $5,963.78 | $5,963.78 | $0.00 |
| 5 | Midland Credit Management, Inc. as agent for | 7100-000 | $0.00 | $967.90 | $967.90 | $0.00 |
| 6a | Internal Revenue Service (p) | 7100-000 | $0.00 | $20,461.40 | $20,461.40 | $0.00 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $10,595.42 | $10,595.42 | $0.00 |
| 8 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $3,376.72 | $3,376.72 | $0.00 |
| 9 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $2,399.59 | $2,399.59 | $0.00 |
| 10 | Cavalry Portfolio Services, LLC | 7100-000 | $0.00 | $3,366.71 | $3,366.71 | $0.00 |
| 11 | Midland Credit Management Inc | 7100-000 | $0.00 | $1,501.68 | $1,501.68 | $0.00 |
| 12 | Midland Credit Management Inc | 7100-000 | $0.00 | $1,408.01 | $1,408.01 | $0.00 |
| 13 | Main Street Acquisition Corp., assignee | 7100-000 | $0.00 | $2,975.28 | $2,975.28 | $0.00 |
| 14 | Pacific Indemnity Company, Inc. | 7100-000 | $0.00 | $497,750.00 | $497,750.00 | $0.00 |
| 15 | Susan Johnson | 7100-000 | $0.00 | $644,000.00 | $644,000.00 | $0.00 |
| 16a | Illinois Department of Revenue | 7100-000 | $0.00 | $34.00 | $34.00 | $0.00 |
| 17 | Talbots | 7100-000 | $0.00 | $473.89 | $473.89 | $0.00 |
| 18 | Portfolio Recovery Associates, LLC | 7100-000 | $0.00 | $8,328.85 | $8,328.85 | $0.00 |
| 19 | Spanierman | 7100-000 | $0.00 | $752,080.00 | $752,080.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Gallery, PSP | | | | | |
| 20 | Joe Berger | 7100-000 | $0.00 | $1,222,928.00 | $1,222,928.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $3,199,455.36 | $3,199,455.36 | $0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1         Exhibit 8

| Case No.: | 11-43764-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | LOVE, E. GERALDINE | Date Filed (f) or Converted (c): | 10/27/2011 (f) |
| For the Period Ending: | 11/19/2018 | §341(a) Meeting Date: | 12/05/2011 |
| | | Claims Bar Date: | 04/17/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 1/2 interest cash on hand | $100.00 | $0.00 | | $0.00 | FA |
| 2 | 1/2 interest checking account | $250.00 | $0.00 | | $0.00 | FA |
| 3 | 1/2 interest checking account North Bank | $200.00 | $0.00 | | $0.00 | FA |
| 4 | 1/2 interest security deposit with landlord | $625.00 | $0.00 | | $0.00 | FA |
| 5 | Household goods located at 11315 E. 50 N, Knox, IN | $24,891.09 | $24,891.09 | | $24,891.09 | FA |
| 6 | Household goods in storage building 11315 E. 50 N, Knox, IN | Unknown | $0.00 | | | FA |
| 7 | Household goods at 1 N. Hamlin, #4, Park Ridge, IL | Unknown | $0.00 | | $0.00 | FA |
| 8 | Misc collectibles | Unknown | $0.00 | | $0.00 | FA |
| 9 | Books | Unknown | $0.00 | | $0.00 | FA |
| 10 | 1/2 interest paintings in storage | $2,000.00 | $0.00 | | $0.00 | FA |
| 11 | 1/2 interest paintings by Richard Love | $37,000.00 | $0.00 | | $0.00 | FA |
| 12 | 1/2 interest in outdoor sculptures | Unknown | $0.00 | | $0.00 | FA |
| 13 | Women's clothing | $400.00 | $0.00 | | $0.00 | FA |
| 14 | Costume jewelry | $500.00 | $0.00 | | $0.00 | FA |
| 15 | 1/2 interest in wedding bands and watches | $250.00 | $0.00 | | $0.00 | FA |
| 16 | Firearms | Unknown | $0.00 | | $0.00 | FA |
| 17 | Potential defamation claim against Christopher Yates | Unknown | $0.00 | | $0.00 | FA |
| 18 | 2003 Saturn | $2,900.00 | $0.00 | | $0.00 | FA |
| 19 | Golf cart | $200.00 | $0.00 | | $0.00 | FA |
| 20 | Office equipment | $500.00 | $0.00 | | $0.00 | FA |
| 21 | 1/2 interest landscaping equipment | $2,500.00 | $0.00 | | $0.00 | FA |
| 22 | Power of direction in land trust | $425,000.00 | $0.00 | | $0.00 | FA |

| | | | | | Gross Value of Remaining Assets | |
|---|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | $497,316.09 | $24,891.09 | | $24,891.09 | $0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:   2          Exhibit 8

| | |
|---|---|
| **Case No.:** | 11-43764-EW |
| **Case Name:** | LOVE, E. GERALDINE |
| **For the Period Ending:** | 11/19/2018 |

| | |
|---|---|
| **Trustee Name:** | David R. Herzog |
| **Date Filed (f) or Converted (c):** | 10/27/2011 (f) |
| **§341(a) Meeting Date:** | 12/05/2011 |
| **Claims Bar Date:** | 04/17/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

07/26/2017     Preparation of TFR. Anticipate filing in next 30 days.

**Initial Projected Date Of Final Report (TFR):**     12/31/2014          **Current Projected Date Of Final Report (TFR):**     09/30/2017

/s/ DAVID R. HERZOG

DAVID R. HERZOG

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-43764-EW | Trustee Name: | David R. Herzog |
| Case Name: | LOVE, E. GERALDINE | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7203 | Checking Acct #: | ******0089 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/27/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/19/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/24/2013 | (5) | Estate of Richard H. Love | 1/2 payment of liquidation of marital property (related to spouse's bankruptcy estate) | 1229-000 | $24,891.09 | | $24,891.09 |
| 01/24/2013 | 3001 | First Federal Savings Bank | Administrative expense per order 1/9/13 - Docket 74 (Half 11-43764 - Half 11-43757) | 2990-003 | | $3,500.00 | $21,391.09 |
| 01/24/2013 | 3001 | VOID: First Federal Savings Bank | Administrative expense per order 1/9/13 - Docket 74 (Half 11-43764 - Half 11-43757) | 2990-003 | | ($3,500.00) | $24,891.09 |
| 01/24/2013 | 3002 | First Federal Savings Bank | Administrative expense per order 1/9/13 - Docket 74 (Half 11-43764 - Half 11-43757) -- Replaces check 3001 (printing error) | 2990-000 | | $3,500.00 | $21,391.09 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.34 | $21,382.75 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.17 | $21,351.58 |
| 03/28/2013 | 3003 | International Sureties | Bond Payment | 2300-000 | | $38.13 | $21,313.45 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $34.48 | $21,278.97 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.25 | $21,245.72 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $34.28 | $21,211.44 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.12 | $21,178.32 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $34.17 | $21,144.15 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $34.12 | $21,110.03 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.96 | $21,077.07 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $34.01 | $21,043.06 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.86 | $21,010.20 |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.90 | $20,976.30 |
| 01/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.84 | $20,942.46 |
| 02/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.52 | $20,911.94 |
| 03/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.74 | $20,878.20 |
| 04/02/2014 | 3004 | International Sureties | Bond Payment | 2300-000 | | $18.49 | $20,859.71 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.58 | $20,827.13 |
| 05/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.60 | $20,793.53 |
| 06/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.47 | $20,761.06 |
| | | | **SUBTOTALS** | | $24,891.09 | $4,130.03 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 11-43764-EW | | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|---|
| Case Name: | LOVE, E. GERALDINE | | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7203 | | | Checking Acct #: | ******0089 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 10/27/2011 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/19/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.50 | $20,727.56 |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.44 | $20,694.12 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.31 | $20,661.81 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.34 | $20,628.47 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.21 | $20,596.26 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.23 | $20,563.03 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.18 | $20,529.85 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.92 | $20,499.93 |
| 03/20/2015 | 3005 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $14.78 | $20,485.15 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.08 | $20,452.07 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.96 | $20,420.11 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.95 | $20,387.16 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.83 | $20,355.33 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.84 | $20,322.49 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.79 | $20,289.70 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.68 | $20,258.02 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.69 | $20,225.33 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.58 | $20,193.75 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.58 | $20,161.17 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.44 | $20,128.73 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.30 | $20,098.43 |
| 03/16/2016 | 3006 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $10.92 | $20,087.51 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.34 | $20,055.17 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.23 | $20,023.94 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.22 | $19,991.72 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.13 | $19,960.59 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.12 | $19,928.47 |
| 08/30/2016 | 3007 | Enterprise Law Group | Compensation per order dated 8/30/16 (Docket #91) | 3210-000 | | $10,912.50 | $9,015.97 |
| | | | **SUBTOTALS** | | $0.00 | $11,745.09 | |

Page No: 3    Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-43764-EW | | Trustee Name: | David R. Herzog |
| Case Name: | LOVE, E. GERALDINE | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7203 | | Checking Acct #: | ******0089 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/27/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/19/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.07 | $8,983.90 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $14.55 | $8,969.35 |
| 10/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $14.43 | $8,954.92 |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.94 | $8,940.98 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $14.38 | $8,926.60 |
| 01/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $14.40 | $8,912.20 |
| 02/16/2017 | 3008 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $3.09 | $8,909.11 |
| 02/16/2017 | 3008 | VOID: Arthur B. Levine Company | Bond payment | 2300-003 | | ($3.09) | $8,912.20 |
| 02/16/2017 | 3009 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $3.45 | $8,908.75 |
| 02/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.98 | $8,895.77 |
| 03/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $14.35 | $8,881.42 |
| 04/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.86 | $8,867.56 |
| 05/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $14.30 | $8,853.26 |
| 06/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.82 | $8,839.44 |
| 07/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $14.26 | $8,825.18 |
| 08/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $14.24 | $8,810.94 |
| 09/15/2017 | | Green Bank | Transfer Funds | 9999-000 | | $8,810.94 | $0.00 |
| | | | | **SUBTOTALS** | $0.00 | $9,015.97 | |

**FORM 2**

Page No: 4                    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 11-43764-EW |
| Case Name: | LOVE, E. GERALDINE |
| Primary Taxpayer ID #: | **-***7203 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 10/27/2011 |
| For Period Ending: | 11/19/2018 |

| | |
|---|---|
| Trustee Name: | David R. Herzog |
| Bank Name: | Bank of Texas |
| Checking Acct #: | ******0089 |
| Account Title: | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $24,891.09 | $24,891.09 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $8,810.94 | |
| | | | **Subtotal** | | $24,891.09 | $16,080.15 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $24,891.09 | $16,080.15 | |

| For the period of 10/27/2011 to 11/19/2018 | | For the entire history of the account between 01/24/2013 to 11/19/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $24,891.09 | Total Compensable Receipts: | $24,891.09 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,891.09 | Total Comp/Non Comp Receipts: | $24,891.09 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $16,080.15 | Total Compensable Disbursements: | $16,080.15 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16,080.15 | Total Comp/Non Comp Disbursements: | $16,080.15 |
| Total Internal/Transfer Disbursements: | $8,810.94 | Total Internal/Transfer Disbursements: | $8,810.94 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5          Exhibit 9

| Case No. | 11-43764-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | LOVE, E. GERALDINE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7203 | Checking Acct #: | ******6401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 10/27/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/19/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/15/2017 | | Bank of Texas | Transfer Funds | 9999-000 | $8,810.94 | | $8,810.94 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $7.79 | $8,803.15 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $13.74 | $8,789.41 |
| 07/24/2018 | 5001 | David R. Herzog | Trustee Compensation | 2100-000 | | $3,239.11 | $5,550.30 |
| 07/24/2018 | 5002 | Illinois Department of Revenue | Distribution Dividend: 1.74; Account Number: ; Claim #: 16; Amount Claimed: 319,872.86; Amount Allowed: 319,872.86; | 4110-000 | | $5,550.30 | $0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| | TOTALS: | $8,810.94 | $8,810.94 | $0.00 |
| | Less: Bank transfers/CDs | $8,810.94 | $0.00 | |
| | Subtotal | $0.00 | $8,810.94 | |
| | Less: Payments to debtors | $0.00 | $0.00 | |
| | Net | $0.00 | $8,810.94 | |

| For the period of 10/27/2011 to 11/19/2018 | | For the entire history of the account between 09/15/2017 to 11/19/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $8,810.94 | Total Internal/Transfer Receipts: | $8,810.94 |
| | | | |
| Total Compensable Disbursements: | $8,810.94 | Total Compensable Disbursements: | $8,810.94 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,810.94 | Total Comp/Non Comp Disbursements: | $8,810.94 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 6                    Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-43764-EW | | | Trustee Name: | David R. Herzog |
| Case Name: | LOVE, E. GERALDINE | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7203 | | | Checking Acct #: | ******6401 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 10/27/2011 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/19/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $24,891.09 | $24,891.09 | $0.00 |

| **For the period of 10/27/2011 to 11/19/2018** | | **For the entire history of the case between 10/27/2011 to 11/19/2018** | |
|---|---|---|---|
| Total Compensable Receipts: | $24,891.09 | Total Compensable Receipts: | $24,891.09 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,891.09 | Total Comp/Non Comp Receipts: | $24,891.09 |
| Total Internal/Transfer Receipts: | $8,810.94 | Total Internal/Transfer Receipts: | $8,810.94 |
| | | | |
| Total Compensable Disbursements: | $24,891.09 | Total Compensable Disbursements: | $24,891.09 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $24,891.09 | Total Comp/Non Comp Disbursements: | $24,891.09 |
| Total Internal/Transfer Disbursements: | $8,810.94 | Total Internal/Transfer Disbursements: | $8,810.94 |

/s/ DAVID R. HERZOG

DAVID R. HERZOG